[No. 70218-1-I.   Division One.   April 28, 2014.]

DAVID C. COTTINGHAM ET AL., *Appellants*, v. RON
MORGAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for What-
com County, No. 12-2-03029-1, Dave Needy, J. Pro Tem.,
entered March 13, 2013. *Affirmed* by unpublished opinion
per Dwyer, J., concurred in by Spearman, C.J., and Cox, J.

[No. 70295-5-I.   Division One.   April 28, 2014.]

JP MORGAN CHASE BANK, NA, *Respondent*, v. MICHIKO
STEHRENBERGER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-06768-8, John P. Erlick, J., entered April 1,
2013. *Affirmed* by unpublished opinion per Cox, J., con-
curred in by Schindler and Lau, JJ.

[No. 70606-3-I.   Division One.   April 28, 2014.]

CITIZENS ALLIANCE FOR PROPERTY RIGHTS LEGAL FUND,
*Appellant*, v. SAN JUAN COUNTY ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 12-2-05218-3, Alan R. Hancock, J., entered
June 17, 2013. *Affirmed* by unpublished opinion per Spear-
man, C.J., concurred in by Leach and Verellen, JJ. Now
published at 181 Wn. App. 538.

[No. 71366-3-I.   Division One.   April 28, 2014.]

ARTHUR WEST, *Appellant*, v. CONNIE BACON ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 09-2-14216-1, David L. Edwards, J. Pro Tem.,
entered June 12, 2012. *Reversed* and *remanded* by unpub-
lished opinion per Spearman, C.J., concurred in by Leach,
J., and Grosse, J. Pro Tem.